# United States District Court
# For The Western District of North Carolina
# Asheville Division

RANDALL SALTERS,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:06cv223-MU-02

DEBORAH R. CARRINGTON, Executive Secretary of the Judicial Standards Commission for the State of North Carolina; et al.

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2006 Order.

                                          FRANK G. JOHNS, CLERK

August 1, 2006　　　　　　　　　　　　*s/Elizabeth J. Barton*
                              BY: _____
                                          Elizabeth Barton, Deputy Clerk